IDA G. TRUMBULL, Respondent, v. THOMAS E. BOMBARD, Appellant.

*Trumbull* v. *Bombard*, 171 App. Div. 700, affirmed.
(Argued November 22, 1918; decided January 7, 1919.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered March 15, 1916, affirming a judgment in favor of plaintiff entered upon a decision of the court at a

Trial Term without a jury. Plaintiff leased to defendant certain premises with an option to purchase at a stated price and the defendant entered into possession. During the term of the lease a fire occurred which practically destroyed the building and the lessor collected insurance thereon. The lessee thereupon notified the lessor that he elected to exercise his option to purchase and that he would retain possession as purchaser, but offered to pay only the difference between the amount of insurance collected and the agreed price. The lessor refused to accept less than the full amount of the agreed price and brought this action to recover rent.

*Arthur S. Hogue* for appellant.

*C. J. Vert* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: Hiscock, Ch. J., Collin, Cuddeback, Cardozo, Pound, Crane and Andrews, JJ.